IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

THONG TRAN                                                      PLAINTIFF

v.                            CASE NO. 08-2097

MICHAEL MUKASEY, *et al.*                                      DEFENDANTS

### **ORDER**

    Currently before this Court is Plaintiff's Motion to Dismiss (Doc. 3). Since filing his complaint, Plaintiff was awarded his citizenship, making the complaint moot. Accordingly, Plaintiff's motion to dismiss is **GRANTED** and Plaintiff's Complaint is **DISMISSED** without prejudice.

    IT IS SO ORDERED THIS 29th DAY OF DECEMBER, 2008.

                              */s/ Robert T. Dawson*
                              Honorable Robert T. Dawson
                              United States District Judge